IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM PAUL ECONOMOU,

      Plaintiff,

v.                                                                            No. 1:19-cv-00839-KG-JFR

NEW MEXICO DEPARTMENT OF
TAXATION AND REVENUE, and
DANUAL R. TRUJILLO,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on Plaintiff's failure to comply with the Court's Order to Supplement Complaint. *See* Doc. 3, filed September 12, 2019.

Plaintiff filed a complaint but did not pay the $400.00 fee for instituting a civil action or file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)," ("Application"). The Court ordered Plaintiff to either pay the $400.00 fee or file an Application, and notified Plaintiff that failure to timely pay the fee or file an Application may result in dismissal of this case without prejudice. Plaintiff did not pay the filing fee or file an Application by the October 3, 2019, deadline.

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE