IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILLIAM PAUL ECONOMOU,

    Plaintiff,

v.    No. 1:19-cv-00839-KG-JFR

NEW MEXICO DEPARTMENT OF
TAXATION AND REVENUE, and
DANUAL R. TRUJILLO,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE